AO 450 (rev. 5/85) Judgment in a Civil Case

# United States District Court

_____DISTRICT OF KANSAS_____

CAROL BETH TILLEY,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.                                                                     Case No. 06-2304-JPO

GLOBAL PAYMENTS, INC.,

Defendant.

☒       Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried
          and the jury has rendered its verdict.

☐       Decision by Court.  This action came before the Court.  The issues have been considered and a
          decision has been rendered.

          IT IS ORDERED that judgment is hereby entered in favor of the plaintiff, Carol Beth Tilley,
and against the defendant, Global Payments, Inc., in the amount of $105,000, plus the costs of this action.

  May 7, 2009                                           TIMOTHY M. O'BRIEN
*Date*                                                          *Clerk of Court*

                                                            s/ Kathleen L. Grant
                                                          *(By) Deputy Clerk*